%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Kelly Libby & Hoopes P.C. and
Greenberg Traurig LLP

V.

Ulico Casualty Company

**SUMMONS IN A CIVIL CASE**

# 05 - 11859 DPW

CASE NUMBER:

TO: (Name and address of Defendant)  Ulico Casualty Company
111 Massachusetts Avenue NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Burgess
David Burgess & Associates
37 Main St.
Concord MA 01742 - 2529

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 14 2005

CLERK _____    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/21/05 |
| NAME OF SERVER (PRINT) _Carey A. Luckey_ | TITLE | _Admin. Asst. - DOI_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): _First Class Mail to Ulico Casualty Company,_
_1625 Eye Street, NW, Washington D.C. 20006_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___SEP 2 1 2005___
Date

RECEIVED
SEP 2 1 2005
DIVISION OF INSURANCE
LEGAL DIVISION

_Signature of Server_

_One South Station, Boston, MA 02110_
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.