UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KELLY LIBBY & HOOPES, P.C.,
                    Plaintiff,

                                                    CIVIL ACTION
        V.
                                                    NO. 05-11859-DPW

ULICO CASUALTY COMPANY,
                    Defendant.

**NOTICE OF RETURN OF FILE TO CLERK'S OFFICE FOR RANDOM ASSIGNMENT**

WOODLOCK, District Judge

        After review of the pleadings in connection with the above captioned matter,  this  Court

finds that the case was directly assigned to this Court in error  as related to Criminal Action 02-

10015-DPW United States v. George Cashman, et al.

        Accordingly, the above-entitled action is returned to the Clerk's Office to be randomly

assigned to a District Judge.

                                        BY THE COURT,


                                        /s/ Michelle Rynne

                                         Deputy Clerk




DATED:  September 23, 2005