UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   05-11859

Title: KELLY LIBBY & HOOPES, P.C. ET AL  V. ULICO CASUALTY COMPANY

N O T I C E

Please take notice that the above-entitled case previously assigned to Judge  WOODLOCK  has been transferred to Judge  LINDSAY  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  RCL .  In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

SARA ALLISON THORNTON, CLERK

By:   /s/ Michelle Rynne
        Deputy Clerk

Date:  September 23, 2005

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street,   Worcester, MA 01608-2076.

Copies to:   Counsel,  Systems Administrator

(transfer.ntc - 10/96)                                                                                           [ntccsasgn.]