UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br> Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 05-11859 (RCL) |

**DEFENDANT ULICO CASUALTY COMPANY'S RULE 7.1 AND LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 7.3, Defendant Ulico Casualty Company ("Ulico") states that ULLICO Inc. is the parent company of Ulico. There is no publicly held corporation that owns 10% or more of Ulico's stock.

ULICO CASUALTY COMPANY,
By its attorney

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)
HUNTON & WILLIAMS
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
Telephone:  703-714-7400
Facsimile:  703-918-4050
E-Mail:  lberk@hunton.com

*Of Counsel:*

Michael S. Levine (BBO# 633248)
Syed S. Ahmad
HUNTON & WILLIAMS
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
Telephone:  703-714-7400
Facsimile:  703-918-4050