**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C. and GREENBERG TRAURIG LLP,<br><br>              Plaintiffs,<br><br>vs.<br><br>ULICO CASUALTY COMPANY<br><br>              Defendant. | Civil Action No. 05-11859 (RCL)<br><br>**ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

      Plaintiffs Kelly Libby & Hoopes, P.C. and Greenberg Traurig LLP respectfully move this Court to allow them until November 28, 2005 to respond to defendant's motion to dismiss complaint (docket no. 6). In support of this motion, plaintiffs state:

      1.      Plaintiffs need this short extension of time (approximately two weeks) in order to address fully the issues raised by the motion to dismiss.

      2.      No prejudice to any party will result from allowing this extension.

      3.      Defendant assents to this extension.

      WHEREFORE, plaintiffs respectfully request to be allowed until November 28, 2005 to file their response to the motion to dismiss.

                                      KELLY LIBBY & HOOPES, P.C.
                                      GREENBERG TRAURIG LLP,
                                      By their attorneys,

                                      /S/
                                      David Burgess (BBO# 553783)
                                      37 Main Street
                                      Concord, MA 07142-2529
                                      Tel: 978-371-1900
                                      Fax: 978-371-1144

- 2 -

                                        William G. Passannante
                                        Alex D. Hardiman
                                        Anderson Kill & Olick, P.C.
                                        1251 Avenue of the Americas
                                        New York, NY  10020
                                        Telephone: 212-278-1471
                                        Fax: 212-278-1733
                                        Attorneys for Plaintiffs

Dated: November 9, 2005

ASSENTED TO:

/S/_____
Lon A. Berk (BBO# 546835)
Michael S. Levine (BBO# 633248)
Syed S. Ahmad
Hunton & Williams
1751 Pinnacle Drive, Suite 1700
McLean, VA  22102
Telephone: 703-714-7400
Fax: 703-918-4050
Email: lberk@hunton.com