### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br>   Plaintiffs, <br><br>vs. <br><br>ULICO CASUALTY COMPANY, <br><br>   Defendant. | Civil Action No. 05-11859 (RCL) |

## DEFENDANT ULICO CASUALTY COMPANY'S NOTICE OF MOTION FOR THE ADMISSION OF SYED S. AHMAD *PRO HAC VICE*

  PLEASE TAKE NOTICE that upon the annexed declaration of LON A. BERK, sworn to on December 14, 2005, and upon all pleadings and proceedings heretofore and herein, defendant Ulico Casualty Company ("Ulico") moves this Court for an Order admitting Syed S. Ahmad to try and argue this case, in whole or in part, as counsel for Ulico pursuant to Rule 83.5.3 of the United States District Court, District of Massachusetts Local Rules.

Dated:  December 14, 2005    Respectfully submitted,

                 /s/ Lon A. Berk
                Lon A. Berk (BBO# 546835)
                Hunton & Williams LLP
                1751 Pinnacle Drive, Suite 1700
                McLean, Virginia 22102
                (703) 714-7400 (Telephone)
                (703) 918-4050 (Facsimile)
                E-Mail:  lberk@hunton.com

                *Attorney for Ulico Casualty Company*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br>  Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br>  Defendant. | Civil Action No. 05-11859 (RCL) |

**DECLARATION OF LON A. BERK IN SUPPORT OF DEFENDANT ULICO CASUALTY COMPANY'S MOTION FOR THE ADMISSION OF SYED S. AHMAD *PRO HAC VICE***

LON A. BERK, declares as follows:

1. I am a member of the bar of this Court and am counsel at Hunton & Williams LLP, attorneys for the defendant Ulico Casualty Company ("Ulico"). I submit this declaration pursuant to Local Rule 83.5.3(b) in support of Ulico's application for an order granting Syed S. Ahmad *pro hac vice* admission to this Court to act as counsel for Ulico in this action.

2. Mr. Ahmad is an associate with the law firm of Hunton & Williams LLP, and his office is located at 1751 Pinnacle Drive, Suite 1700, McLean, Virginia, 22102.

3. Mr. Ahmad was admitted to the bar of the Commonwealth of Virginia on October 16, 2003, and to the District of Columbia Court of Appeals on August 8, 2005. Mr. Ahmad is currently a member in good standing of all the courts in which he is admitted. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4.     Mr. Ahmad is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     Mr. Ahmad is familiar with the facts and circumstances underlying the dispute between the parties.

WHEREFORE, it is respectfully requested that the Court enter an order, pursuant to Local Rule 83.5.3(b), allowing Mr. Ahmad to argue and try this case, in whole or in part, as counsel for Ulico.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated: December 14, 2005                          Respectfully submitted,

                                                                        _/s/ Lon A. Berk_____
Lon A. Berk (BBO# 546835)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (Telephone)
(703) 918-4050 (Facsimile)
E-Mail: lberk@hunton.com

*Attorney for Ulico Casualty Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                         |                                     |
|-----------------------------------------|-------------------------------------|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, | |
| Plaintiffs,                             | Civil Action No. 05-11859 (RCL)     |
| vs.                                     |                                     |
| ULICO CASUALTY COMPANY,                 |                                     |
| Defendant.                              |                                     |

## DECLARATION OF SYED S. AHMAD IN SUPPORT OF DEFENDANT ULICO CASUALTY COMPANY'S MOTION FOR ADMISSION *PRO HAC VICE*

SYED S. AHMAD, declares as follows:

1. I am an associate with the law firm of Hunton & Williams LLP. My office is located at 1751 Pinnacle Drive, Suite 1700, McLean, Virginia, 22102.

2. I was admitted to the bar of the Commonwealth of Virginia on October 16, 2003, and to the District of Columbia Court of Appeals on August 8, 2005.

3. I am currently a member in good standing of all courts in which I am admitted.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I am familiar with the facts and circumstances underlying the dispute between the parties.

7. I make this declaration in support of the application for admission *pro hac vice* requested by Defendant Ulico Casualty Company in the above captioned matter.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated: December 14, 2005               Respectfully submitted,

                                          /s/ Syed S. Ahmad
                                          Syed S. Ahmad
                                          Hunton & Williams LLP
                                          1751 Pinnacle Drive, Suite 1700
                                          McLean, Virginia 22102
                                          (703) 714-7400 (Telephone)
                                          (703) 918-4050 (Facsimile)
                                          E-Mail: sahmad@hunton.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>ULICO CASUALTY COMPANY, <br><br>　　　　Defendant. | Civil Action No. 05-11859 (RCL) <br><br>**ORDER** |

　　　Upon consideration of the Motion of Ulico Casualty Company for the Admission of Syed S. Ahmad *Pro Hac Vice;*

　　　It is on this _____ day of _____, _____, hereby,

　　　ORDERED that the motion is hereby granted.

SO ORDERED,

Dated: Boston, Massachusetts
　　　　_____ ____, ____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Reginald C. Lindsay,
　　　　　　　　　　　　　　　　　　　　　United States District Judge