# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br> Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 05-11859 (RCL) |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO SUBMIT REPLY BRIEF

THIS MATTER having been brought before the Court by Defendant's Motion For Leave To Submit Reply Brief;

It is on this _29th_ day of _December 2005_, hereby,

ORDERED that Defendant's Motion is granted.

SO ORDERED,

Dated: Boston, Massachusetts
_12/29/2005_

REGINALD C. LINDSAY
United States District Judge