UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP<br><br>Plaintiffs,<br><br>v.<br><br>ULICO CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 05-11859 (RCL) |

**APPLICATION TO ADMIT ATTORNEY WILLIAM G. PASSANNANTE PRO HAC VICE**

Plaintiffs respectfully apply to this Court, pursuant to Local Rule 83.5.3(b) to admit attorney William G. Passannante pro hac vice. In support of this motion, Plaintiffs rely on the certificate of William G. Passannante, filed herewith.

WHEREFORE, Plaintiffs respectfully request that this Court grant this application.

KELLY LIBBY & HOOPES, P.C.,
and
GREENBERG TRAURIG LLP,
By their attorneys

/S/ David Burgess
David Burgess (BBO# 553783)
37 Main Street
Concord, MA 07142-2529
Tel: (978) 371-1900
Fax: (978) 371-1144

Dated:  February 2, 2006

NYDOCS1-809737.1