UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

KELLY LIBBY & HOOPES, P.C.,
and
GREENBERG TRAURIG LLP

    Plaintiffs,

v.

ULICO CASUALTY COMPANY,

    Defendant.

Civil Action No. 05-11859 (RCL)

**CERTIFICATE OF WILLIAM G. PASSANNANTE PURSUANT
TO LOCAL RULE 83.5.3(b)**

William G. Passannante hereby certifies as follows:

1. I am an attorney at the law firm of Anderson Kill & Olick, P.C.

2. I am a member of the bar of the highest court in the state of New York and the United States District Court for the Southern District of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under penalty of perjury this 26th day of January, 2006.

                    /S/ William G. Passannante

                    William G. Passannante

NYDOCS1-809741.1