## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP<br><br>        Plaintiffs,<br><br>v.<br><br>ULICO CASUALTY COMPANY,<br><br>        Defendant. | Civil Action No. 05-11859 (RCL) |

## CERTIFICATE OF ALEX D. HARDIMAN PURSUANT TO LOCAL RULE 83.5.3(b)

Alex D. Hardiman hereby certifies as follows:

1. I am an attorney at the law firm of Anderson Kill & Olick, P.C.

2. I am a member of the bar of the highest court in the state of California and the United States District Court for the Central District of California.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under penalty of perjury this 26th day of January, 2006.

                                                    /S/ Alex D. Hardiman
                                                    Alex D. Hardiman