## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KELLY LIBBY & HOOPES, P.C., <br> and <br> GREENBERG TRAURIG LLP, <br><br>       Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-11859 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT ULICO CASUALTY COMPANY'S NOTICE OF MOTION
## FOR THE ADMISSION OF MICHAEL S. LEVINE *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed declaration of LON A. BERK, sworn to

on February 15, 2006, and upon all pleadings and proceedings heretofore and herein, defendant

Ulico Casualty Company ("Ulico") moves this Court for an Order admitting Michael S. Levine

to try and argue this case, in whole or in part, as counsel for Ulico pursuant to Rule 83.5.3 of the

United States District Court, District of Massachusetts Local Rules.

Dated: February 15, 2006

Respectfully submitted,

/s/ Lon A. Berk
Lon A. Berk (BBO # 546835)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (Telephone)
(703) 918-4050 (Facsimile)
E-Mail: lberk@hunton.com

*Attorney for Ulico Casualty Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C.,<br>and<br>GREENBERG TRAURIG LLP,<br><br>Plaintiffs,<br><br>vs.<br><br>ULICO CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11859 (RCL) |

**DECLARATION OF LON A. BERK IN SUPPORT OF DEFENDANT**
**ULICO CASUALTY COMPANY'S MOTION FOR THE ADMISSION**
**OF MICHAEL S. LEVINE *PRO HAC VICE***

LON A. BERK, declares as follows:

1.      I am a member of the bar of this Court and am counsel at Hunton & Williams

LLP, attorneys for the defendant Ulico Casualty Company ("Ulico").  I submit this declaration

pursuant to Local Rule 83.5.3.(b) in support of Ulico's application for an order granting Michael

S. Levine *pro hac vice* admission to this Court to act as counsel for Ulico in this action.

2.      Mr. Levine is an associate with the law firm of Hunton & Williams LLP, and his

office is located at 1751 Pinnacle Drive, Suite 1700, McLean, Virginia, 22102.

3.      Mr. Levine was admitted to the bar of the Commonwealth of Virginia on

September 9, 2002, the New York Supreme Court on February 8, 1995, the District of Columbia

Court of Appeals on February 6, 1996, and the District of Massachusetts on February 12, 1997.

Mr. Levine is currently a member in good standing of all of the courts in which he is admitted.

There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4.    Mr. Levine is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    Mr. Levine is familiar with the facts and circumstances underlying the dispute between the parties.

WHEREFORE, it is respectfully requested that the Court enter an order, pursuant to Local Rule 83.5.3(b), allowing Mr. Levine to argue and try this case, in whole or in part, as counsel for Ulico.

I declare that the foregoing is true and correct under the penalty of perjury.


Dated: February 15, 2006                    Respectfully submitted,


                                            /s/ Lon A. Berk
                                            Lon A. Berk (BBO # 546835)
                                            HUNTON & WILLIAMS LLP
                                            1751 Pinnacle Drive, Suite 1700
                                            McLean, Virginia 22102
                                            (703) 714-7400 (Telephone)
                                            (703) 918-4050 (Facsimile)
                                            E-Mail: lberk@hunton.com

                                            *Attorney for Ulico Casualty Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP,  Plaintiffs,  vs.  ULICO CASUALTY COMPANY,  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11859 (RCL) |

### DECLARATION OF MICHAEL S. LEVINE IN SUPPORT OF DEFENDANT ULICO CASUALTY COMPANY'S MOTION FOR THE ADMISSION OF MICHAEL S. LEVINE *PRO HAC VICE*

MICHAEL S. LEVINE, declares as follows:

1.      I am an associate with the law firm of Hunton & Williams LLP.  My office is located at 1751 Pinnacle Drive, Suite 1700, McLean, Virginia, 22102.

2.      I was admitted to the bar of the Commonwealth of Virginia on September 9, 2002, the New York Supreme Court on February 8, 1995, the District of Columbia Court of Appeals on February 6, 1996, and the District of Massachusetts on February 12, 1997.

3.      I am currently a member in good standing of all of the courts in which I am admitted.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.    I am familiar with the facts and circumstances underlying the dispute between the

parties.

7.    I make this declaration in support of the application for admission *pro hac vice*

requested by Defendant Ulico Casualty Company in the above captioned matter.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated:  February 15, 2006                              Respectfully submitted,


                                                       /s/ Michael S. Levine
                                                       Michael S. Levine
                                                       HUNTON & WILLIAMS LLP
                                                       1751 Pinnacle Drive, Suite 1700
                                                       McLean, Virginia 22102
                                                       (703) 714-7400 (Telephone)
                                                       (703) 918-4050 (Facsimile)
                                                       E-Mail:  mlevine@hunton.com

                                                       *Attorney for Ulico Casualty Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C.,<br>and<br>GREENBERG TRAURIG LLP,<br><br>       Plaintiffs,<br><br>vs.<br><br>ULICO CASUALTY COMPANY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-11859 (RCL)

**ORDER**

Upon consideration of the Motion of Ulico Casualty Company for the Admission of

Michael S. Levine *Pro Hac Vice;*

It is on this _____ day of _____, 2006, hereby,

ORDERED that the motion is hereby granted.

SO ORDERED,

Dated: Boston, Massachusetts

_____, _____ 2006

_____
Reginald C. Lindsay,
United States District Judge