UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br> Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 05-11859 (RCL) |

**DEFENDANT'S MOTION FOR A TWO-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES**

Defendant Ulico Casualty Company ("Ulico") hereby moves for a two-week extension to file an answer and implead any third parties. Plaintiffs Kelly Libby & Hoopes, P.C. and Greenberg Traurig LLP have consented to the two-week extension.

In support, Ulico submits the accompanying memorandum of law. A proposed form order is also provided for the Court's consideration.

**CERTIFICATION**

Ulico's counsel certify that, pursuant to LR 7.1(a)(2), Alex D. Hardiman of Anderson Kill & Olick, P.C., counsel for plaintiffs, has consented to the two-week extension Ulico seeks in this motion.

      WHEREFORE, Ulico respectfully requests that it be granted leave to file the reply brief.

Dated:  March 24, 2006                                           ULICO CASUALTY COMPANY,

                                                                               By its attorneys,


                                                                               /s/ Lon A. Berk

                                                                               _____
                                                                               Lon A. Berk (BBO# 546835)
                                                                               Michael S. Levine (*admitted pro hac vice*)
                                                                               Syed S. Ahmad (*admitted pro hac vice*)
                                                                               HUNTON & WILLIAMS, LLP
                                                                               1751 Pinnacle Drive, Suite 1700
                                                                               McLean, Virginia 22102
                                                                               (703) 714-7400 (Telephone)
                                                                               (703) 918-4050 (Facsimile)
                                                                               E-Mail:  lberk@hunton.com


## CERTIFICATE OF SERVICE

     I, Lon A. Berk, hereby certify that Defendant's Motion for a Two-Week Extension to File Its Answer and to Implead any Third Parties and a proposed form order were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


                                                                               /s/ Lon A. Berk

                                                                               _____
                                                                               Lon A. Berk (BBO# 546835)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP,  Plaintiffs,  vs.  ULICO CASUALTY COMPANY,  Defendant. | Civil Action No. 05-11859 (RCL) |

### ORDER GRANTING DEFENDANT'S MOTION FOR A TWO-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

THIS MATTER having been brought before the Court by Defendant's Motion For A Two-Week Extension To File Its Answer And To Implead Any Third Parties;

It is on this _____ day of _____, 2006, hereby,

ORDERED that Defendant's Motion is granted.

SO ORDERED,

Dated:  Boston, Massachusetts
        _____ _____, 2006

_____
REGINALD C. LINDSAY
United States District Judge