UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, | |
| Plaintiffs, | Civil Action No. 05-11859 (RCL) |
| vs. | |
| ULICO CASUALTY COMPANY, | |
| Defendant. | |

**DEFENDANT'S MOTION FOR A TEN-DAY EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES**

Defendant Ulico Casualty Company ("Ulico") hereby moves for a ten-day extension to file an answer and implead any third parties. Plaintiffs Kelly Libby & Hoopes, P.C. and Greenberg Traurig LLP have consented to the extension.

In support, Ulico submits the accompanying memorandum of law.

**CERTIFICATION**

Ulico's counsel certify that, pursuant to LR 7.1(a)(2), Alex D. Hardiman of Anderson Kill & Olick, P.C., counsel for plaintiffs, has consented to the extension.

_____
DEFENDANT'S MOTION FOR A TEN-DAY EXTENSION TO FILE ITS
ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 1

| | |
|---|---|
| Dated: April 6, 2006 | ULICO CASUALTY COMPANY, |
| | By its attorneys, |
| | /s/ Lon A. Berk |
| | _____ |
| | Lon A. Berk (BBO# 546835) |
| | Michael S. Levine (*admitted pro hac vice*) |
| | Syed S. Ahmad (*admitted pro hac vice*) |
| | HUNTON & WILLIAMS, LLP |
| | 1751 Pinnacle Drive, Suite 1700 |
| | McLean, Virginia 22102 |
| | (703) 714-7400 (Telephone) |
| | (703) 918-4050 (Facsimile) |
| | E-Mail: lberk@hunton.com |

**CERTIFICATE OF SERVICE**

I, Lon A. Berk, hereby certify that Defendant's Motion for a Ten-Day Extension to File Its Answer and to Implead any Third Parties was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)

_____
DEFENDANT'S MOTION FOR A TEN-DAY EXTENSION TO FILE ITS
ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 2