UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br>     Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br>     Defendant. | Civil Action No. 05-11859 (RCL) |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A ONE-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES**

Defendant Ulico Casualty Company ("Ulico") respectfully submits this memorandum of law in support of its motion for a one-week extension to file its answer and to implead any third parties.

On March 6, 2006, the Court ordered that Ulico file its answer and implead any third parties under Federal Rule of Civil Procedure 14. On April 6, 2006, Ulico filed a motion seeking an additional ten days, through April 20, 2006, to file its answer and implead any third parties. That motion is currently pending. The plaintiffs and Ulico continue to attempt to resolve this matter through settlement and thereby eliminate any need for Ulico to file its answer or implead any third parties. Ulico respectfully requests, therefore, that the Court afford the parties one additional week, through April 27, 2006, to continue its discussions with the plaintiffs before requiring Ulico to file its answer and implead any third parties.

Alex D. Hardiman of Anderson Kill & Olick, P.C., counsel for plaintiffs, consents to the extension.

DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A ONE-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 1

Dated: April 20, 2006                                    ULICO CASUALTY COMPANY,

By its attorneys,

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)
Michael S. Levine (*admitted pro hac vice*)
Syed S. Ahmad (*admitted pro hac vice*)
HUNTON & WILLIAMS, LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (Telephone)
(703) 918-4050 (Facsimile)
E-Mail: lberk@hunton.com

## CERTIFICATE OF SERVICE

I, Lon A. Berk, hereby certify that Defendant's Memorandum of Law in Support of Motion for a One-Week Extension to File Its Answer and to Implead any Third Parties was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)

DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A ONE-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 2