UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br> Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br> Defendant. | Civil Action No. 05-11859 (RCL) |

## DEFENDANT'S MOTION FOR A TWO-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Defendant Ulico Casualty Company ("Ulico") hereby moves for a two-week extension to file an answer and implead any third parties. Plaintiffs Kelly Libby & Hoopes, P.C. and Greenberg Traurig LLP have consented to the extension.

In support, Ulico submits the accompanying memorandum of law.

### CERTIFICATION

Ulico's counsel certify that, pursuant to LR 7.1(a)(2), Alex D. Hardiman of Anderson Kill & Olick, P.C., counsel for plaintiffs, has consented to the extension.

Dated: April 27, 2006                                    ULICO CASUALTY COMPANY,

By its attorneys,

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)
Michael S. Levine (*admitted pro hac vice*)
Syed S. Ahmad (*admitted pro hac vice*)
HUNTON & WILLIAMS, LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (Telephone)
(703) 918-4050 (Facsimile)
E-Mail: lberk@hunton.com

## CERTIFICATE OF SERVICE

I, Lon A. Berk, hereby certify that Defendant's Motion for a Two-Week Extension to File Its Answer and to Implead any Third Parties was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)