UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP, <br><br>         Plaintiffs, <br><br> vs. <br><br> ULICO CASUALTY COMPANY, <br><br>         Defendant. | Civil Action No. 05-11859 (RCL) |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TWO-WEEK EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES**

Defendant Ulico Casualty Company ("Ulico") respectfully submits this memorandum of law in support of its motion for a two-week extension to file its answer and to implead any third parties.

On March 6, 2006, the Court ordered that Ulico file its answer and implead any third parties under Federal Rule of Civil Procedure 14. On April 6, 2006, Ulico filed a motion seeking an additional ten days, through April 20, 2006, to file its answer and implead any third parties. That motion is currently pending. On April 20, 2006, Ulico filed a motion seeking an additional seven days, through April 27, 2006, to file its answer and implead any third parties. That motion is also currently pending. The plaintiffs and Ulico continue to attempt to resolve this matter through settlement and thereby eliminate any need for Ulico to file its answer or implead any third parties. Ulico respectfully requests, therefore, that the Court afford the parties two additional weeks, through May 11, 2006, to continue its discussions with the plaintiffs before requiring Ulico to file its answer and implead any third parties.

_____
DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TWO-WEEK
EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 1

Alex D. Hardiman of Anderson Kill & Olick, P.C., counsel for plaintiffs, consents to the extension.

_____
DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TWO-WEEK
EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 2

Dated:  April 27, 2006

ULICO CASUALTY COMPANY,

By its attorneys,

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)
Michael S. Levine (*admitted pro hac vice*)
Syed S. Ahmad (*admitted pro hac vice*)
HUNTON & WILLIAMS, LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400 (Telephone)
(703) 918-4050 (Facsimile)
E-Mail:  lberk@hunton.com


**CERTIFICATE OF SERVICE**

I, Lon A. Berk, hereby certify that Defendant's Memorandum of Law in Support of Motion for a Two-Week Extension to File Its Answer and to Implead any Third Parties was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lon A. Berk
_____
Lon A. Berk (BBO# 546835)

_____
DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TWO-WEEK
EXTENSION TO FILE ITS ANSWER AND TO IMPLEAD ANY THIRD PARTIES

Page 3