UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| KELLY LIBBY & HOOPES, P.C., and GREENBERG TRAURIG LLP<br><br>            Plaintiffs,<br><br>v.<br><br>ULICO CASUALTY COMPANY,<br><br>            Defendant. | Civil Action No. 05-11859 (RCL) |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: May 10, 2006

/s/ David Burgess
David Burgess (BBO# 553783)
37 Main Street
Concord, MA 07142-2529
Tel: (978) 371-1900
Fax: (978) 371-1144

Attorneys for Plaintiffs
KELLY LIBBY & HOOPES, P.C.,
and
GREENBERG TRAURIG LLP

NYDOCS1-821752.1